# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID ANTHONY PISANI

NO. 2022 KW 0709

**SEPTEMBER 12, 2022**

---

In Re:    David Anthony Pisani, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 769,347.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON SHOWING MADE.** Relator failed to include a copy of the State's response to relator's application for post conviction relief, and the transcript of relator's guilty plea and sentencing. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_q.Sn_

---
DEPUTY CLERK OF COURT
FOR THE COURT